UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Magistrate Case No. 08 MJ 0021 |
| ) | |
| Plaintiff,          ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v.          ) | |
| ) | Title 8, U.S.C., Section 1324(a)(2)(B)(ii)- |
| David MARTINEZ-Duran (D1)          ) | Bringing in Illegal Alien(s) for |
| Piedad ALVARADO-Mata (D2)          ) | Financial Gain |
| ) | Title 18, U.S.C., Section 1544 Misuse |
| Defendants.          ) | of Passport |
| ) | |

The undersigned complainant being duly sworn states:

### Count 1

On or about **January 2, 2008**, within the Southern District of California, defendant **David MARTINEZ-Duran (D1)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Piedad ALVARADO-Mata (D2)**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### Count II

On or about **January 2, 2008**, within the Southern District of California, defendant **Piedad ALVARADO-Mata (D2)** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting Official U.S. passport number 036840342, issued to Gladys Lorena Velazquez to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that she was not Gladys Lorena Velazquez, that the passport was not issued or designed for her use, and that she is not a United States citizen entitled to a U.S. Passport. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Sara Esparagoza, U.S. Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF JANUARY 2008.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On January 2, 2008 at approximately 4:00 AM **David MARTINEZ-Duran (Defendant 1)** made application for admission into the United States at the San Ysidro Port of Entry as the driver of a white 1980 Buick Regal. Defendant 1 was accompanied by passenger **Piedad ALVARADO-Mata (Defendant 2)**. A U.S. Customs and Border Protection (CBP) Officer received negative declarations from both Defendants. Defendant 1 presented a Permanent Resident Alien Card bearing the name Adolfo TORRES and stated was going to San Diego, California. Defendant 2 presented a United States Passport bearing the name Gladys Lorena VELAZQUEZ. The CBP Officer suspected Defendant 2 was not the lawful owner of the U.S. passport presented and referred the vehicle and both Defendants to secondary for further investigation.

During secondary inspection, CBP Officers discovered that both Defendants were not the lawful owners of the documents presented and. Both defendants were identified as citizens of Mexico without legal documents to enter the United States and were turned over to the San Ysidro Prosecutions Unit for further disposition.

During a video-recorded interview, Defendant 1 was advised of his Miranda Rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant 1 admitted he is a citizen of Mexico, with no legal rights or documents to enter the United States. Defendant 1 admitted knowledge of the use of a Permanent Resident Alien Card not lawfully issued to him to attempt entry into the United States. Defendant 1 also admitted knowledge of the use of a United States Passport not lawfully issued to Defendant 2 to attempt entry into the United States. Defendant 1 stated he was going to get paid $500.00 USD to smuggle Defendant 2 into the United States as a passenger in a vehicle.

During a separate video-recorded interview, Defendant 2 was advised of her Miranda Rights, acknowledged her rights and elected to answer questions without the benefit of counsel. Defendant 2 admitted she is a citizen of Mexico, with no legal rights or documents to enter the United States. Defendant 2 admitted willfully and knowingly using a United States Passport designated for the use of another person to gain admission into the United States. Defendant 2 stated she obtained the U.S. passport from an unknown male in Tijuana Mexico, in order to attempt entry into the United States. Defendant 2 stated was going to pay $2,000.00 USD to be smuggled into the United States as a passenger in a vehicle. Defendant 2 stated she was going to Upland, California.